THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL FICHERA, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOHN SOMERSALL, an Infant, by EGBERT SOMERSALL, His Guardian ad Litem, and EGBERT SOMERSALL, Respondents, v. GEORGE B. KARELITZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

.MARJORIE MURRAY, Appellant, v. JAMES H. CARTER and Others, Respondents. — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

HARTOL PRODUCTS CORPORATION, Appellant, v. AMERICAN MINERAL SPIRITS COMPANY, Respondent.— Judgment and orders affirmed, with costs. No opinion.· Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

WLODZIMIERZ BILINSKI, as Administrator, etc., of WALTER WANGER, Also Known as WLADISLAW WEIGER and WALTER WEGIER, Respondent, v. TIDEWATER BUILDING CO., INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendant to serve an amended answer within ten days from service of order upon payment of said costs and the costs awarded to plaintiff by the order appealed from. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

DAVID QUINN, an Infant, etc., and Another, Respondents, v. COLONIAL MOTOR COACH CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.; Martin, J., dissents and votes to reverse and dismiss the complaint.

SCOTTISH UNION AND NATIONAL INSURANCE COMPANY and Another, Respondents, v. GEERY, GUTHRIE & Co., INC., Appellant.— Determination reversed and the order of the Municipal Court affirmed, with twenty dollars costs and disbursements in this court and ten dollars costs in the Appellate Term, on the authority of *Indemnity Insurance Company of North America* v. *Ryan Co., Inc.* (242 App. Div. 623). Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

JUSTINE ADAMS, Respondent, v. ISIDOR BOOK and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

CORINNE E. O'DONNELL, Respondent, v. WILLIAM J. O'DONNELL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.